Marino A. WRIGHT, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2011–3202.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2011.

Marino A. Wright, Dublin, GA, pro se.

**ON MOTION**

**ORDER**

Marino A. Wright moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.